CARLE & MONTANARI, INC., Appellant,

v.

AMERICAN EXPORT ISBRANDTSEN LINES, INC. and John W. McGrath Corporation, Appellees.

No. 229, Docket 31825.

United States Court of Appeals Second Circuit.

Argued Dec. 12, 1967.

Decided Dec. 13, 1967.

F. Herbert Prem, New York City (Bigham, Englar, Jones & Houston), New York City, for appellant.

M. E. DeOrchis, New York City (Haight, Gardner, Poor & Havens), New York City, for appellee American Export Isbrandtsen Lines, Inc.

Martin J. McHugh, New York City (Joseph F. McGoldrick, James M. Leonard, New York City, of counsel), for appellee John W. McGrath Corporation.

Before KAUFMAN, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

The judgment of the District Court is affirmed on the opinion of Judge Bonsal, reported at 275 F.Supp. 76 (S.D.N.Y. 1967).

---

William H. BLOCH, and wife, Audrey H. Bloch, Appellants,

v.

UNITED STATES of America, Appellee.

No. 24774.

United States Court of Appeals Fifth Circuit.

Dec. 13, 1967.

Rehearing Denied Jan. 23, 1968.

William H. Bloch, Corpus Christi, Tex., for appellant.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Crombie J. D. Garrett, Martin T. Goldblum, Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., Morton L. Susman, U. S. Atty., James R. Gough, Asst. U. S. Atty., Houston, Tex., Meyer Rothwacks, Attorney, Department of Justice, Washington, D. C., for appellee.

Before JONES, WISDOM and THORNBERRY, Circuit Judges.

PER CURIAM:

The facts out of which this controversy arises and the reasons assigned by the district court for its decision are set forth in its opinion. Bloch v. United States, 261 F.Supp. 597. While finding it unnecessary to adopt the opinion of the district court, it is the conclusion of this Court that the decision of the district court is correct. Its judgment is

Affirmed.